IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HECTOR CASTRO, | Civil No. 3:21-cv-1785 |
| Petitioner | (Judge Mariani) |
| v. | |
| HOMELAND SECURITY, | |
| Respondent | |

## ORDER

**AND NOW**, this ___ day of December, 2021, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The habeas petition is **DISMISSED** without prejudice. (Doc. 1).

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge